THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



Brett H. Ludwig
United States Bankruptcy Judge

DATED: January 29, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: | Case No. |
|---|---|
| Peter A. Bartosiak and Esther M. Immel | 17-31814-bhl |
| Passion L. Jones | 17-32163-bhl |
| Jason D. Dembosky | 18-22696-bhl |
| Ricci G. and Kathleen A. Mane | 18-25626-bhl |
| Santana R. Hoskins | 19-25360-bhl |
| Albertina C. Casimere | 19-30567-bhl |
| Amy L. May | 19-30294-bhl |
| Lisa Sprout | 20-20156-bhl |
| Debtors | |

ORDER APPROVING SUBSTITUTION OF COUNSEL FOR DEBTOR

Having reviewed the stipulation for substitution of attorney for debtor and motion for approval of substitution,

IT IS HEREBY ORDERED

1. The motion is granted
2. The stipulation is approved
3. Todd C. Esser is substituted in place of Michelle A. Angell as counsel of record for the debtor

#####

ESSERLAW LLC
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860