UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:                                                           Chapter 13
SANTANA R. HOSKINS                               Case No.    19-25360-BHL

         Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

**Your rights may be affected.**    You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.    (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable Brett H. Ludwig, United States Bankruptcy Judge, on **April 21, 2020 at 1:00 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 5457889 before the scheduled hearing time.**    Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

      Dated at Milwaukee, Wisconsin, on March 10, 2020.


                                         /s/_____
                                         Scott Lieske, Trustee
                                         Robert W. Stack, Staff Attorney
                                         Christopher D. Schimke, Staff Attorney
                                         Sandra M. Baner, Staff Attorney
                                         Chapter 13 Standing Trustee
                                         P.O. Box 510920
                                         Milwaukee, Wisconsin 53203
                                         T: (414) 271-3943
                                         F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
SANTANA R. HOSKINS                                    Chapter 13
                                                      Case No. 19-25360-BHL
        Debtor.
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**
_____

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The plan proposes a principal first amortization on a secured claim wherein funds are applied towards principal first while deferring payment on interest until the principal is paid in full. This treatment appears to violate 11 U.S.C. § 1325(a)(5)(B)(ii) as it deprives the creditor of the true present value of the claim. Furthermore, as this is not an ordinary business practice accepted in the financial sector, the proposed treatment is not workable with the Trustee's software as the treatment does not appear to be used in any jurisdiction.

      Dated at Milwaukee, Wisconsin, on March 10, 2020

                              OFFICE OF CHAPTER 13 TRUSTEE

                              /s/_____
                              Scott Lieske, Chapter 13 Trustee
                              Robert W. Stack, Staff Attorney
                              Christopher D. Schimke, Staff Attorney
                              Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                               Chapter 13
SANTANA R. HOSKINS                          Case No. 19-25360-BHL

                 Debtor.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2020, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                OFFICE OF THE U.S. TRUSTEE
                ESSERLAW LLC

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                SANTANA R. HOSKINS
                4634 N. 50TH STREET
                MILWAUKEE, WI 53218

     Dated:   March 10, 2020

                                                                /s/_____
                                                               Tongula Washington
                                                               Administrative Assistant
                                                               Office of the Chapter 13 Trustee
                                                                P.O. Box 510920
                                                               Milwaukee, WI 53203
                                                               T: (414) 271-3943
                                                               F: (414) 271-9344